### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 20-30523 |
| | ) | Chapter 7 |
| Crystal Jean Ehrmantraut, | ) | |
| | ) | **NOTICE AND MOTION FOR** |
| Debtor. | ) | **APPROVAL OF SALE OF PROPERTY** |
| | ) | |

Gene W. Doeling, the bankruptcy trustee in this case, requests that the Court approve the online auction sale of the bankruptcy estate's interest in oil, gas, and coal mineral rights on BKAssets.com.

The oil, gas, and coal mineral rights are located in <u>Stark County</u>, North Dakota as follows:

**Township 137 North, Range 97 West**
Section 30:  SW¼; W½SE¼; SW¼NE¼; SW¼NW¼

**Township 137 North, Range 98 West**
Section 18:  W½NW¼; N½SW¼
Section 25:  E½

**Township 137 North, Range 99 West**
Section 7:  E½
Section 12:  NW¼
Section 15:  SE¼

**Township 138 North, Range 99 West**
Section 36:  E½

In <u>Slope County</u>, North Dakota as follows:

**Township 136 North, Range 98 West**
Section 3:  Lots 1, 2, 7, 8, 9, 10

In <u>Billings County</u>, North Dakota as follows:

**Township 137 North, Range 100 West**
Section 1:  E½E½SE¼

**Township 140 North, Range 100 West**
Section 23:  S½

**Township 142 North, Range 100 West**
Section 14:  NW¼

The auction shall run for a period of 14 days pending court approval of this motion.  The

trustee has filed an application to employ BKAssets.com, LLC, who shall receive a 10% commission on gross sales price, plus any applicable expenses of up to $250 to procure any necessary legal documents, listing fees, and shipping costs.  The buyer will be required to pay $225 to offset these fees.  The trustee requests that he be authorized to pay these fees immediately upon completion of the sale.

The bankruptcy estate has determined that there will be no adverse tax consequences to the bankruptcy estate as a result of this sale.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the bankruptcy trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58102 | Sioux Falls, SD 57104-6462 | below) |

DATE OF MAILING: November 6, 2020     /s/ Gene W. Doeling_____
                                      Gene W. Doeling, Bankruptcy Trustee
                                      P.O. Box 9231
                                      Fargo, ND 58106
                                      (701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:  CRYSTAL JEAN EHRMANTRAUT

CASE NO: 20-30523

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**
Chapter: 7

On 11/6/2020, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Sale of Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/6/2020

/s/ Gene W. Doeling
Gene W. Doeling  05078
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103
701 232 8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:  CRYSTAL JEAN EHRMANTRAUT

CASE NO: 20-30523

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 11/6/2020, a copy of the following documents, described below,

Notice and Motion for Approval of Sale of Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/6/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
08683
CASE 20-30523
DISTRICT OF NORTH DAKOTA
FARGO
FRI NOV 6 10-50-00 CST 2020

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHI ST ALEXIUS
PO BOX 1259
DEPT 141529
OAKS PA 19456-1259

CHI ST JOSEPHS HEALTH
PO BOX 776305
CHICAGO IL 60677-6305

CAPITAL ONE BANK USA NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

DEPARTMENT OF THE TREASURY
15TH  PENNSYLVANIA
WASHINGTON DC 20222-0001

~~EXCLUDE~~
~~GENE W DOELING~~
~~BANKRUPTCY TRUSTEE~~
~~3429 INTERSTATE BLVD S~~
~~PO BOX 9231~~
~~FARGO ND 58106-9231~~

DEBTOR
CRYSTAL JEAN EHRMANTRAUT
1207 2ND STREET NE
MANDAN ND 58554-3720

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

~~EXCLUDE~~
~~ALEXANDER J KELSCH~~
~~KELSCH KELSCH RUFF AND KRANDA~~
~~PO BOX 1266~~
~~MANDAN ND 58554-7266~~

METRO AREA AMBULANCE SERVICE
PO BOX 595
MANDAN ND 58554-0595

ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415-1320

SANFORD
PO BOX 5074
SIOUX FALLS SD 57117-5074

SYNCHRONY BANKAMERICAN EAGLE
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKTJX
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

SECURITIES  EXCHANGE COMMISSION
175 W JACKSON BLVD
CHICAGO IL 60604-2908

US ATTORNEY
655 FIRST AVENUE NORTH SUITE 250
FARGO ND 58102-4932

VANTAGE WEST CREDIT UN
2480 N ARCADIA
TUCSON AZ 85712-5735