# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Crystal Jean Ehrmantraut,
f/k/a Crystal Jean Wiege,
f/k/a Crystal Jean Reisenauer,

　　　　　　　　　　　Debtor.
_____/

Bky. Case No. 20-30523
Chapter 7

**ORDER**

　　　　On November 6, 2020, the Bankruptcy Trustee filed a Motion for Approval of Sale of Property, seeking court approval of an auction sale of oil, gas and coal mineral interests owned by the bankruptcy estate and authorization to pay auctioneer fees. Doc. 10.  The Trustee served the motion and notice on all creditors.  The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the Motion for Approval of Sale of Property is fair and reasonable and in the best interests of the bankruptcy estate.

　　　　**IT IS ORDERED** that the Motion for Approval of Sale of Property is **GRANTED**.  The Trustee is authorized to sell the bankruptcy estate's interest in the mineral rights described and located as follows:

　　　　The oil, gas, and coal mineral rights located in Stark County, North Dakota, as follows:

> **Township 137 North, Range 97 West**
> Section 30:  SW¼; W½SE¼; SW¼NE¼; SW¼NW¼
>
> **Township 137 North, Range 98 West**
> Section 18:  W½NW¼; N½SW¼
> Section 25:  E½
>
> **Township 137 North, Range 99 West**

  Section 7:  E½
  Section 12:  NW¼
  Section 15:  SE¼

  **Township 138 North, Range 99 West**
  Section 36:  E½

In Slope County, North Dakota, as follows:

  **Township 136 North, Range 98 West**
  Section 3:  Lots 1, 2, 7, 8, 9, 10

In Billings County, North Dakota, as follows:

  **Township 137 North, Range 100 West**
  Section 1:  E½E½SE¼

  **Township 140 North, Range 100 West**
  Section 23:  S½

  **Township 142 North, Range 100 West**
  Section 14:  NW¼

  The Trustee is also authorized to execute documents necessary to effectively sell the asset and convey title to the purchaser at the sale.  Additionally, the Bankruptcy Trustee may pay the auctioneer's fees and costs of the sale at the conclusion of the auction.  Upon completion of the sale, the Trustee shall file a Report of Sale.

  Dated this 3rd day of December, 2020.

            /s/ Shon Hastings
            Shon Hastings, Judge
            United States Bankruptcy Court